# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-291 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| ARTIS LAMAR GRAHAM, III, | |
| Defendant(s). | |

Presently before the court is Artis Lamar Graham, III's ("defendant") emergency motion for temporary release under 18 U.S.C. § 3142(i) due to the COVID-19 pandemic. (ECF No. 19).

Due to the COVID-19 crisis, defendant requests "immediate, temporary release" on the following conditions:

> (1) use of VoiceID, (2) requiring his wife, Kimberly Graham, to serve as a third party custodian, (3) curfew with location monitoring technology, (4) use of face-to-face computer meeting systems, (5) a home confinement condition that allows him to leave the house only to go to work or medical/mental health appointments, (6) attend mental health appointments for PTSD, and (7) abstain from alcohol.

*Id.* at 1–2.

The court has reviewed defendant's motion and finds that emergency treatment may be appropriate. The court sets the following briefing schedule.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the United States of America shall file its response to defendant's motion on or before Wednesday, April 22, 2020.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that defendant shall file his reply, if any, on or before
2  Friday, April 24, 2020.
3        DATED April 13, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**