RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Artis Lamar Graham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ARTIS LAMAR GRAHAM,<br><br>        Defendant. | Case No. 2:19-cr-00291-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Artis Lamar Graham, that the Revocation Hearing currently scheduled on August 18, 2023 at 11:00 a.m., be vacated and continued to August 30, 2023 at 10:30 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.    Defense counsel requires additional time to prepare, investigate, and discuss the case with her client. Additionally, the parties have a proposed resolution of this case and case 2:16-cr-00029-APG-VCF.

2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 10th day of August 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Kimberly Frayn*<br>By_____<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARTIS LAMAR GRAHAM,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00291-JCM-NJK<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, August 18, 2023, at 11:00 a.m., be vacated and continued to **August 30, 2023, at the hour of 10:30 a.m.**

DATED August 11, 2023.

_____
UNITED STATES DISTRICT JUDGE

3